# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00361-CV

**In re Patrick Earl Tarkington**

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to grant his trial attorney's motion to withdraw. This Court subsequently received a copy of the trial court's docket sheet, indicating that the motion to withdraw has been granted. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings ...."). Accordingly, we dismiss the petition for writ of mandamus as moot.

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Filed: September 23, 2021